Alan H. Weinreb, Esq.
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 921-3838
alan@nyfclaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINDWARD BORA LLC,

                Plaintiff,

        -against-                          STATEMENT PURSUANT
                                                TO FED. R. CIV. P. 7.1

TANIKI A. BROWN,

                Defendant(s).
-----------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Windward Bora LLC hereby certifies that it does not have any parent corporation publicly held. Windward Bora LLC has no publicly held subsidiaries or affiliates.

Dated:  June 3, 2021
           Syosset, New York

                                                Yours, etc.
                                                The Margolin & Weinreb Law Group, LLP
                                                Attorneys for Plaintiff

                                                By:/s/ Alan H. Weinreb
                                                    Alan H. Weinreb, Esq.